FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAN XIAOXUAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS CAREY MASON,<br><br>    Defendant. | No. 4:23-CV-05041-SAB<br><br>**ORDER GRANTING STIPULATION** |

　　Before the Court is the parties' Stipulated Order Re: Surrendered Passports, ECF No. 36. Plaintiff is represented by Asa LaMusga. Defendant is represented by Amir Showrai.

　　The parties entered into a Stipulated Mediated Settlement Agreement on June 29, 2023. They now ask the Court to order the release of C.Y.M.'s and Defendant's passports. Good cause exists to grant their request.

//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATION ~ 1**

Accordingly, I**T IS HEREBY ORDERED**:

1. The parties' Stipulated Order Re: Surrendered Passports, ECF No. 36, is **GRANTED**.

2. Pursuant to the parties' Stipulated Mediated Settlement Agreement, the Clerk of Court shall release possession of C.Y.M's and Defendant's passports and all relevant documents for the purpose of renewing C.Y.M's and Defendant's passports to Defendant. The passport documents may be released to Plaintiff's counsel if Defendant is unavailable.

3. The July 13, 2023 status conference is **STRICKEN**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 5th day of July 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATION ~ 2**